1  McGREGOR W. SCOTT
   United States Attorney
2  KRISTIN S. DOOR, SBN 84307
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916)554-2723

5  Attorneys for Plaintiff
   United States of America

6

7

8            IN THE UNITED STATES DISTRICT COURT

9         FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,      )   2:07-CV-01885-EJG-KJM
                                   )
12            Plaintiff,           )   ORDER REGARDING CLERK'S
                                   )   ISSUANCE OF WARRANT FOR ARREST
13       v.                        )   OF ARTICLES *IN REM*
                                   )
14  2003 CADILLAC ESCALADE EXT,    )
    VIN: 3GYEK63N33G330512,        )
15  LICENSE NUMBER 7W45323, and    )
                                   )
16  2003 HUMMER H2,                )
    VIN:5GRGN23U43H110001,         )
17  LICENSE NUMBER 5KSK148,        )
                                   )
18            Defendants.          )
    _____)
19

20       WHEREAS, a Verified Complaint for Forfeiture *In Rem* has been

21  filed on September 11, 2007, in the United States District Court

22  for the Eastern District of California, alleging that the

23  defendant 2003 Cadillac Escalade EXT, VIN: 3GYEK63N33G330512,

24  License Number 7W45323 and defendant 2003 Hummer H2,

25  VIN:5GRGN23U43H110001, License Number 5KSK148 (hereafter

26  "defendant vehicles") are subject to forfeiture to the United

27  States pursuant to 21 U.S.C. § 881(a)(6) for one or more

28  violations of 21 U.S.C. § 841 *et seq.*;



FILED

SEP 1 2 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
              DEPUTY CLERK

1

1    And, the Court being satisfied that, based on the Verified

2  Complaint for Forfeiture *In Rem* and the affidavit of Drug

3  Enforcement Administration Special Agent Isaac M. Thompson, there

4  is probable cause to believe that the defendant vehicles so

5  described constitute property that is subject to forfeiture for

6  such violation(s), and that grounds for issuance of a Warrant for

7  Arrest of Articles *In Rem* exist, pursuant to Rule G(3)(b)(i) of

8  the Supplemental Rules for Admiralty or Maritime Claims and Asset

9  Forfeiture Actions;

10    IT IS HEREBY ORDERED that the Clerk for the United States

11  District Court, Eastern District of California, shall issue a

12  Warrant for Arrest of Articles *In Rem* for the defendant vehicles.

13  Dated: _Sept 12, 2007_

GREGORY G. HOLLOWS

14
                                  _____
15                                GREGORY G. HOLLOWS
                                  United States Magistrate Judge
16

17

18

19

20

21

22

23

24

25

26

27

28

2