IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

      Plaintiff,                    No. CIV S-07-1885 FCD KJM

      vs.

2003 CADILLAC ESCALADE EXT,
VIN: 3GYEK63N33G330512,
LICENSE NUMBER 7W45323, and

2003 HUMMER H2,
VIN: 5GRGN23U43H110001,
LICENSE NUMBER 5KSK148,

      Defendants.         <u>ORDER</u>

_____/

      On May 6, 2008, the magistrate judge filed findings and recommendations herein which were served on plaintiff. No objections to the findings and recommendations have been filed.

      The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

      1. The findings and recommendations filed May 6, 2008, are adopted in full;

/////

1

2.  SOL Promotions, Inc., Arianna Silva-Orozco, Blanca Estella Silva-Orozco, Jesus Silva and Platinum Plus Motors are held in default;

3.  Plaintiff's motion for default judgment and final judgment of forfeiture is granted;

4.  Judgment by default is entered against any right, title or interest of potential claimants SOL Promotions, Inc., Arianna Silva-Orozco, Blanca Estella Silva-Orozco, Jesus Silva and Platinum Plus Motors in the defendant vehicles;

5.  Final judgment is entered, forfeiting all right, title and interest in the defendant vehicles to the United States of America, to be disposed of according to law; and

6.  The Default Judgment and Final Judgment of Forfeiture lodged with this court will be signed by the undersigned and filed by the Clerk of the Court.

DATED: July 14, 2008.

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE