McGREGOR W. SCOTT
United States Attorney
KRISTIN S. DOOR, SBN 84307
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916)554-2723

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:07-CV-01885-FCD-KJM |
| Plaintiff, ) | DEFAULT JUDGMENT AND FINAL JUDGMENT OF FORFEITURE |
| v. ) | |
| 2003 CADILLAC ESCALADE EXT, ) VIN: 3GYEK63N33G330512, ) LICENSE NUMBER 7W45323, and ) | |
| 2003 HUMMER H2, ) VIN:5GRGN23U43H110001, ) LICENSE NUMBER 5KSK148, ) | |
| Defendants. ) | |

This matter came on before the Honorable Magistrate Judge Kimberly J. Mueller on plaintiff United States' *ex parte* motion for default judgment. There was no appearance by or on behalf of any other person or entity claiming an interest in the defendant vehicles to oppose plaintiff's motion. The Magistrate Judge has recommended that plaintiff's motion for default judgment be granted. Based on the Magistrate Judge's Findings and Recommendations and the files and records of the Court, it is

ORDERED, ADJUDGED AND DECREED:

1

1. The Magistrate Judge's Findings and Recommendations are adopted herein.

2. SOL Promotions, Inc., Arianna Silva-Orozco, Blanca Estella Silva-Orozco, Jesus Silva and Platinum Plus Motors are held in default;

3. A judgment by default is hereby entered against any right, title or interest of SOL Promotions, Inc., Arianna Silva-Orozco, Blanca Estella Silva-Orozco, Jesus Silva and Platinum Plus Motors in the defendant 2003 Cadillac Escalade EXT, VIN: 3GYEK63N33G330512, License Number 7W45323 and defendant 2003 Hummer H2, VIN:5GRGN23U43H110001, License Number 5KSK148;

4. A final judgment is hereby entered, forfeiting all right, title and interest in the defendant 2003 Cadillac Escalade EXT, VIN: 3GYEK63N33G330512, License Number 7W45323 and defendant 2003 Hummer H2, VIN:5GRGN23U43H110001, License Number 5KSK148 to the United States of America, to be disposed of according to law.

5. All parties shall bear their own costs and attorneys' fees.

SO ORDERED, this 17th day of July, 2008.

_____
FRANK C. DAMRELL, JR.
United States District Judge